■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR CRUZ, Appellant.—Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered on September 30, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Asch, Bloom and Ellerin, JJ.

■ OMNIA TRAVEL SERVICE, INC., et al., Appellants, v FRANCIS HIRSCHHORN, Respondent.—Order, Supreme Court, New York County (Arthur Blyn, J.), entered on April 5, 1985, unanimously affirmed. Respondent shall recover of appellants $50 costs and disbursements of this appeal. The interim stay heretofore granted shall remain in effect for a period of 30 days after the date of this order on condition that appellants make timely installment payments to respondent. No opinion. Concur—Kupferman, J. P., Sullivan, Fein, Kassal and Ellerin, JJ.

■ CBS, INC., Respondent, v CREED TAYLOR et al., Appellants. —Order and judgment (one paper), Supreme Court, New York County (Arthur Blyn, J.), entered on March 12, 1985, unanimously affirmed for the reasons stated by Arthur Blyn, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Sullivan, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEREZ RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County (Jeffrey Atlas, J., at trial and sentence; Thomas Galligan, J., at suppression hearing), rendered on October 15, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Fein, Kassal and Ellerin, JJ.